**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7401**

ERIC L. TOLBERT,

Plaintiff - Appellant,

versus

LIEUTENANT BURKE; SERGEANT WILLIAMS;
CORRECTIONAL OFFICER BRUMELL; CORRECTIONAL
OFFICER PHIFER; CORRECTIONAL OFFICER ROYSTER;
CORRECTIONAL OFFICER MOONY; CORRECTIONAL
OFFICER FIELDS; CORRECTIONAL OFFICER MELTON;
DENNIS ROWLAND; CAPTAIN AUSTIN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:06-ct-03077)

Submitted: January 8, 2008          Decided: January 16, 2008

Before WILKINSON and MICHAEL, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric L. Tolbert, Appellant Pro Se. Yvonne Bulluck Ricci, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Tolbert appeals the district court's order granting summary judgment to the defendants on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Tolbert v. Burke, No. 5:06-ct-03077-FL (E.D.N.C. Aug. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED